

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| CARY CRAIG, § | |
|     Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:03-CV-1348 |
| § | |
| § | JUDGE THAD HEARTFIELD |
| RADIATOR SPECIALTY COMPANY § | |
| AND UNITED STATES STEEL CO. § | JURY |
|     Defendants. § | |

## ORDER DISMISSING DEFENDANT RADIATOR SPECIALTY COMPANY WITH PREJUDICE

On this day, the Court considered parties' *Joint Motion to Dismiss Radiator Specialty Company* [Doc. No. 42]. Upon consideration of the parties' *Joint Motion*, all prior Orders in the case, the evidence presented, all documents and pleadings in the Court's file and all arguments of counsel, the Court is of the opinion that the parties' *Joint Motion to Dismiss Radiator Specialty Company* [Doc. No. 42] should be **GRANTED** in all respects.

**IT IS HEREBY ORDERED** that the parties' *Joint Motion to Dismiss Radiator Specialty Company* [Doc. No. 42] **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against Radiator Specialty Company are hereby dismissed with prejudice.

The Court further **DIRECTS** the clerk to close this case.

**SO ORDERED**.

**SIGNED** this the **22** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge